*Jacob K. Javits, Attorney-General (Henry S. Manley* of counsel), for appellant.

*Wilfred E. Hoffmann, James J. Barrett* and *Edmund J. Hoffmann* for respondent.

In each action: Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

In the Matter of HILLMAN PERIODICALS, INC., Appellant, against LAWRENCE GEROSA, as Comptroller of the City of New York, et al., Respondents.

Argued April 19, 1955; decided June 2, 1955.

*James Carroll* for appellant.

*Peter Campbell Brown, Corporation Counsel* (*Solomon Port-now* and *Stanley Buchsbaum* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: BURKE, J.